**No. 10-6019. Clayton C. Martin, Jr., Petitioner v. Gene M. Johnson, Director, Virginia Department of Corrections.**

562 U.S. 1007, 131 S. Ct. 510, 178 L. Ed. 2d 377, 2010 U.S. LEXIS 8490, ▄

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 378 Fed. Appx. 255.